# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALEC HOLCOMB, | Case No. 1:25-cv-1984 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jonathan D. Greenberg |
| CORNWELL QUALITY TOOLS COMPANY, | |
| Defendant. | |

## JUDGMENT

Pursuant to Local Rule 3.1(b)(3), the above-captioned case is transferred to the docket of Judge Dan Aaron Polster as related to Case No. 1:25cv1913.

**SO ORDERED.**

Dated:  September 24, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio
Transferor Judge


  /s/ Dan Aaron Polster
Dan Aaron Polster
United States District Judge
Northern District of Ohio
Transferee Judge