IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALEC HOLCOMB,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE CORNWELL QUALITY TOOLS COMPANY

    Defendant

Case No. 5:25-cv-1984

JURY TRIAL DEMANDED

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Alec Holcomb, individually and on behalf of all others similarly situated, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against The Cornwell Quality Company without prejudice, with each party to bear their own fees and costs.

**APPROVED. Counsel on this matter is not required to attend the Case Management Conference scheduled for January 21, 2026.**
**IT IS SO ORDERED.**
**s/*Dan Aaron Polster***
**United States District Judge**
**12/11/2025**

Respectfully Submitted,

 */s/ Josh Sanford*
Josh Sanford
Arkansas Bar No. 2001037
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone (501) 221-0088
Facsimile (888) 787-2040